# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150256

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC:  150256
                                  COA:  322938
                                  Kent CC:  12-008226-FC

ARMANI MALACHI ZULLER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the September 3, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2015



s0416

Clerk